**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-10237-357 |
| | ) | Chapter 12 |
| **JC FARMS, LLC**, | ) | |
| | ) | Hearing Date: June 29, 2026 |
| Debtor. | ) | Hearing Time: 2:00 p.m. |
| | ) | |
| | ) | Related to Doc. 30 |

**ORDER GRANTING MOTION TO ASSUME LEASES OF FARM LAND**

The matter before the Court is the Motion to Assume Leases of Farm Land (the "Motion") filed by Debtor JC Farms, LLC (the "Debtor"). The Motion came before the Court on June 29, 2026. Kelvin W. Birk, counsel for the Debtor, Seth A. Albin, Chapter 12 Trustee, Paul Berens, counsel for First State Bank & Trust, Patrick Douglas, counsel for Simplot AB Retail, Inc., and Nicholas J. Zluticky, counsel for The Cooperative Finance Association, appeared at the hearing. No other parties appeared. Upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1.      The Motion (Doc. 30) is **GRANTED**.

2.      The Debtor, as trustee of the bankruptcy estate, is authorized to assume the Debtor's leases as such leases are described in Exhibit A attached to the Motion, with the following amendments to the descriptions contained in Exhibit A:

   a.  The reference to the Lawrence Land Holdings, LLC lease is amended such that the Date of Entering Into Lease shall be amended to January 1, 2026.

3.      The Debtor is authorized to sign all documents necessary to assume the Leases, to make payments in accordance with the Leases, and to conduct all legal business transactions or activities to uphold the Debtor's obligations upon assumption of the Leases.

Dated:  July 7, 2026
St. Louis, Missouri
cjs

_____
Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

Kelvin W. Birk, Attorney for Debtors
2851 Professional Court, Suite C
Cape Girardeau, MO 63703
Phone  573-332-8585
Fax     573-332-0660
Email  kbirk@birklegal.com

Copies to:

**JC Farms, LLC**
18103 US Hwy 412
Kennett, MO 63857-8313

**Kelvin W Birk**
Birk Law Firm, LC
2851 Professional Court, Suite C
Cape Girardeau, MO 63703

**Seth A Albin**
Seth Albin, Trustee
903 S. Lindbergh Blvd., Suite 200
St. Louis, MO 63131

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**ALL CREDITORS AND PARTIES IN INTEREST AS SET FORTH ON THE MATRIX**